## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KATHY SPILKER**                                                                                           **PLAINTIFF**

**v.**                            **Case No. 5:12-cv-00438 KGB**

**GEICO GENERAL INSURANCE COMPANY**                                               **DEFENDANT**

### ORDER

    Before the Court is plaintiff Kathy Spilker's request for settlement conference (Dkt. No. 34). Defendant Geico General Insurance Company ("Geico") filed a response opposing the request (Dkt. No. 36). The Court will not compel Geico to participate in a settlement conference. Therefore, Ms. Spilker's request for settlement conference is denied without prejudice.

    SO ORDERED this 14th day of January, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE