IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KATHY SPILKER**                                                                                               **PLAINTIFF**

v.                                 **Case No. 5:12-cv-00438 KGB**

**GEICO GENERAL INSURANCE COMPANY**                                     **DEFENDANT**

## JUDGMENT

      Consistent with the Order entered by the Court on July 9, 2014, it is considered, ordered, and adjudged that defendant Geico General Insurance Company is not liable to plaintiff Kathy Spilker for attorney's fees or a statutory penalty under Ark. Code Ann. § 23-79-208. The Court dismisses with prejudice Ms. Spilker's claim for attorney's fees and statutory penalty under § 23-79-208. Because all other issues were resolved in the Confessed Judgment (Dkt. No. 42), the Clerk of the Court is directed to close this case.

      SO ADJUDGED this 14th day of July, 2014.

                                                                            _____
                                                                            KRISTINE G. BAKER
                                                                            UNITED STATES DISTRICT JUDGE